**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Lewis HINSON, Defendant–Appellant.**

No. 12–8074.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 29, 2013.

William Lewis Hinson, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Robert J. Higdon, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lewis Hinson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hinson,* No. 3:93–cr–00258–MOC–7 (W.D.N.C. June 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*